EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2003

at 11 o'clock and 34a.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR03 00036 HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 846] |
| WILFORD STANTON MILLER, III, ) | |
| Defendant. ) | |

INDICTMENT

The grand jury charges that:

On or about January 11, 2003, in the District of Hawaii, the defendant, WILFORD STANTON MILLER, III, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of cocaine, to wit, approximately

1,076.5 grams, (gross weight), a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846.

DATED: _January 23_, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Wilford Stanton Miller,
Cr. No. _____
"Indictment"